230509238

LAW OFFICES
COOK & CONNELLY, LLC
9899 COMMERCE STREET
POST OFFICE BOX 370
SUMMERVILLE, GEORGIA 30747
Telephone: 706-857-3421
Facsimile: 706-857-1520
www.cookconnelly.com

C. SUTTON CONNELLY
CHARLES C. BAILEY
DAVID J. DUNN

A. CECIL PALMOUR (1913-1980)
BOBBY LEE COOK, JR. (1950-2007)
L. BRANCH S. CONNELLY (1950-2007)
BOBBY LEE COOK, SR. (1928-2021)

April 27, 2023

**VIA CERTIFIED MAIL RETURN RECEIPT**
**NO.: 7021 0350 0001 2966 2763**
Ms. Lucy McCauley
Walmart Claims Services
P.O. Box 14731
Lexington, KY 40512-4731

| | | |
|---|---|---|
| Re: | Our Client: | Angela Swann |
| | Your File No.: | 9959055 |
| | D/L: | 01/03/2022 |
| | Facility No.: | 658 |

Dear Ms. McCauley:

This firm represents Angela Swann in the above-referenced incident. As a result of the negligence of WalMart, Ms. Swann tripped and fell over a rise/wrinkle in one of the entrance mats. Ms. Swann suffered a displaced fracture of the olecranon on her left elbow and a closed non-displaced fracture of her right patella. This rise/wrinkle in the entrance mat constituted a hazard on the premises of WalMart for which they are liable under Georgia law.

Ms. Swann's elbow fracture necessitated surgical fixation with screws, required she wear a splint and extensive physical therapy. Her knee injury required the use of a wheelchair as well as an immobilizer. She has incurred $102,084.93 in medical expenses to date and continues to be treated with physical therapy and pain management every other month. These injuries have significantly changed Ms. Swann's life for the worse. Her physical capabilities and activities have been severely restricted to the extent she can no longer live independently. Ms. Swann offers to settle this claim for $800,000.

## FACTS

On or about January 3, 2022, Ms. Swann and her granddaughter were invitees of the Walmart store located at 2510 Redmond Circle in Rome, Floyd County, Georgia. Upon entering the general merchandise side of the store, Ms. Swann tripped and fell over a rise/wrinkle in the mat located at the store's entrance. Ms. Swann fell forward striking her head, face, left elbow and right knee.

| | | |
|---|---|---|
| Re: | Our Client: | Angela Swann |
| | Your File No.: | 9959055 |
| | D/L: | 01/03/2022 |
| | Facility No.: | 658 |

An independent witness, Debra Susan "Susie" Wilson, was walking about three feet behind Ms. Swann and her granddaughter. She and her daughter witnessed the entire fall and Ms. Wilson describes what she witnessed in the attached Affidavit. Michael Duggan, one of the store managers, called 911 and reported the fall.

## LIABILITY

Under O.G.G.A. § 51-3-1, WalMart owes a "nondelegable duty" to "exercise ordinary care" to keep their premises safe. Where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. By maintaining a clear tripping hazard in the entrance to WalMart's store, WalMart failed to exercise ordinary care in keeping its premises safe. Ms. Swann attempted to enter through the entrance WalMart determined customers should enter. Through no fault of her own, she tripped over a curled up rise and/wrinkle in the rug in said entrance of which WalMart had actual or constructive knowledge. Though WalMart had actual or constructive knowledge of this hazard, WalMart did not take appropriate actions to correct, remove, or warn invitees of the hazard. As a result of WalMart's lack of exercise of ordinary care, Ms. Swann sustained the injuries described herein.

## DAMAGES

Ms. Swann suffered serious and permanent injuries as a result of WalMart's negligence. On the day of the incident, Ms. Swann was transported by Floyd County EMS to Floyd Medical Center. EMS records indicate she had pain to her forehead area and chest pain to the center of sternum area. It was noted she was tender to palpation and had a small abrasion to her patella. Evaluation of her left elbow was noted to have significant swelling and bruising. Additionally, she had limited range of motion to her left arm due to the pain in elbow when her arm was moved. She was administered 50 mcg of Fentanyl IVP for pain and 4 mg of Zofran IVP for nausea. She was secured on a stretcher and transported urgently to the emergency department of Atrium Health Floyd for further evaluation and treatment

Upon arrival at the emergency department of Atrium Floyd Medical Center, she was complaining of left elbow pain. Upon examination she was found to have bruising and swelling over left elbow. She was also found to be subjectively tender over her right knee but did not have palpable crepitus large effusion or joint instability. The attending physician ordered x-rays of her right knee, left elbow and CT scans of her brain and cervical spine, both with and without contrast. Diagnostic tests revealed a displaced fracture of the olecranon on her left elbow and a closed non-displaced fracture of her right patella near the superior pole. Her knee was placed in an

| | | |
|---|---|---|
| Re: | Our Client: | Angela Swann |
| | Your File No.: | 9959055 |
| | D/L: | 01/03/2022 |
| | Facility No.: | 658 |

immobilizer and her elbow was splinted. She was given prescriptions for Norco and Motrin and instructed to follow-up with Rome Orthopaedics.

Ms. Swann followed up the next day with Dr. Scott Bowerman for evaluation of her right patella fracture. She complained of increased pain and inability to get comfortable. Dr. Bowerman concurred with the diagnosis of a non-displaced fracture of her right patella. He recommended she continue to wear the immobilizer when ambulating for stability and gave her an order for a wheelchair to use while progressing with physical therapy. He gave her a prescription for Percocet and instructed her to return in four (4) weeks. When she returned to Dr. Bowerman for a recheck of her right knee injury on February 1, 2022, she was no longer wearing the knee immobilizer but was ambulating with a cane.

Ms. Swann was evaluated by Dr. Michael Paxten on January 6, 2022 for her left displaced olecranon fracture. She reported her pain level was 10/10 at worst and 5/10 at best. After reviewing the x-rays, Dr. Paxten confirmed the diagnosis of a left displaced olecranon fracture and recommended operative intervention. On January 14, 2022, Ms. Swann underwent an open reduction and internal fixation surgery at Redmond Regional Medical Center.

She returned to Dr. Paxten on January 24, 2022 for post-operative evaluation. Dr. Paxten ordered physical therapy and instructed her to return in four (4) weeks. At her next appointment on February 24, 2022 she was still complaining of tenderness and tender to palpation over the olecranon. Dr. Paxten opined at that point it was hard to assess if the fracture was healed. He recommended continued physical therapy and pain management. A month later, on March 24, 2022, she was still complaining of tenderness over the hardware. X-rays indicated the fracture was healing. Dr. Paxten noted she was doing well clinically and could start resuming her normal activities. However, he also noted if her pain did not improve within a year the plan would be to remove the hardware.

Ms. Swann attended seventeen (17) physical therapy visits at Advance Rehabilitation for her elbow injury. She was treated for decreased range of motion; inability to perform household management activities, dressing, and grooming; pain that interfered with activities of daily living; stiffness; swelling and weakness. She made a small degree of progress but is still significantly limited in her daily activities. She self-discharged on May 11, 2022 due to the lack of progress and significant pain caused by the physical therapy.

Pursuant to Dr. Paxten's recommendation, Ms. Swann started pain management with Dr. Michael Schurdell on April 19, 2022 for her left elbow pain. Since Ms. Swann failed to achieve

relief after multiple NSAIDs, Dr. Schurdell prescribed Hydrocodone 5/325 mg/day. Ms. Swann continues to be treated by pain management every other month.

Ms. Swann had an appointment with Dr. Paxten on March 14, 2023 at which she described the ongoing pain and physical restrictions with which she is dealing. Dr. Paxten explained that while surgery to remove the hardware in her arm is an option, it could make the situation better but that there was no way to guarantee improvement. Dr. Paxten stated that starting physical therapy again might improve Ms. Swann's condition, but again there was no guarantee. Ms. Swann has elected the conservative option right now and restarted her physical therapy on April 17, 2023 in an effort to see if her pain and limitations will improve. To date, she has not felt an improvement yet.

## CONCLUSION

Before these injuries in January 2022, Ms. Swann lived independently, drove herself, gardened in her yard, was able to pick up her grandchildren, carry groceries, and carry out household chores. She enjoyed an active and independent life. As a result of these injuries, Ms. Swann is not able to live independently and had to move in with her daughter and son-in-law. She is unable to drive, wash, dry and style her hair, carry groceries more than a very light bag, remove wet clothes from the washing machine, hold her grandchildren, or work/garden in the yard just to give an illustrative but not comprehensive view of the negative effect these injuries have had on her life. Her family has described how she is not the same woman she was prior to her fall and her ability to enjoy life and labor has been greatly diminished because of these injuries.

Walmart owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Ms. Swann. As Ms. Swann entered the store, she could not have reasonably been expected to see the rise in the entrance mat/rug. WalMart, however, knew or should have known the rise in the entrance mat/rug posed a danger to invitees on the premises and should have changed, altered, removed or warned invitees about the mat/rug. Their failure to do so was the sole proximate cause of our client's injuries.

Ms. Swann sustained serious, painful and permanent injuries as a result of Walmart's negligence. She has incurred approximately $102,084.93 in medical expenses. I have enclosed a CD containing copies of same along with the corresponding medical records herein. A color photograph showing a limited view of the severe bruising to her left arm/elbow is also included. In addition to the medical expenses incurred by Ms. Swann, her daughter, Felicia Allison, was out-of-work for three (3) weeks on and lost $2,067.60 in wages and twenty-four (24) hours in accrued vacation time. Copies of her pay records are also included on the enclosed CD.



9801000605072

| | | |
|---|---|---|
| Re: | Our Client: | Angela Swann |
| | Your File No.: | 9959055 |
| | D/L: | 01/03/2022 |
| | Facility No.: | 658 |

We believe that this demand is fair given the seriousness of our client's injuries, the pain and suffering Ms. Swann has experienced, continues to experience every day, will experience in the future, as well as the negative disruption in her quality of life, and future medical expenses. This letter is an offer to compromise a claim and is inadmissible in any subsequent litigation.

I look forward to hearing from you soon.

Sincerely,

Charles C. Bailey

CCB/twf
Enclosure:

98010006050520Z

05/09/2023

**From:** Bethany Kerr
**Sent:** Fri, 16 Jun 2023 02:18:39 +0000
**To:** archive-wmtpa@conduent.com
**Subject:** [External] - FW: Angela Swann; 9959055 demand

This email is from an external source. Use caution responding to it, opening attachments or clicking links.

**From:** Charlie Bailey <charlie.bailey@cookconnelly.com>
**Sent:** Monday, June 12, 2023 12:02 PM
**To:** Bethany Kerr <bethany.kerr@walmart.com>
**Cc:** Tara Williams <tara.williams@cookconnelly.com>
**Subject:** EXT: RE: Angela Swann; 9959055 demand

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Thank you Ms. Kerr. I have spoken with my client, and she has authorized me to counter your offer with a demand of $775,000. We can also confirm that the Medicare liens are under $10,000. We should also be able to get to you confirmation of the disability determination this week, but I can confirm to you it is not related in any way to her knee nor elbow. Please feel free to reach out to me via phone or email with any questions.

Charlie

**CHARLES C. BAILEY**
**Cook & Connelly** | 750 Piedmont Ave. NE | Atlanta, GA 30308 | 9899 Commerce Street | Summerville, GA 30747
**Contact** | Office 678.539.0680
***www.cookconnelly.com***

**CONFIDENTIALITY NOTICE**: This email, and any attachment, contains privileged information from the law firm of Cook & Connelly, LLC that is intended solely for the use of the named recipient(s). If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies. Thank you for your cooperation.

**From:** Bethany Kerr <bethany.kerr@walmart.com>
**Sent:** Friday, June 9, 2023 1:12 PM
**To:** Tara Williams <tara.williams@cookconnelly.com>
**Cc:** Charlie Bailey <charlie.bailey@cookconnelly.com>
**Subject:** RE: Angela Swann; 9959055 demand

Good afternoon

Please see the attached offer in writing per my conversation with Mr Bailey. Thanks!

**From:** Bethany Kerr
**Sent:** Thu, 24 Aug 2023 14:26:45 +0000
**To:** archive-wmtpa@conduent.com
**Subject:** [External] - FW: Angela Swann; 9959055 demand

**This email is from an external source. Use caution responding to it, opening attachments or clicking links.**

**From:** Charlie Bailey <charlie.bailey@cookconnelly.com>
**Sent:** Tuesday, July 18, 2023 11:11 AM
**To:** Bethany Kerr <bethany.kerr@walmart.com>
**Cc:** Tara Williams <tara.williams@cookconnelly.com>
**Subject:** EXT: RE: Angela Swann; 9959055 demand

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Bethany,

As we talked about yesterday, I said I would email you the same counter I gave you over the phone. We will come down another 25k to a demand of 750k. You countered that by moving up to 130k in your offer. As we discussed, I will discuss that latest offer with Ms. Angela, and then wait to send you our new demand along with the disability determination once I have that in hand. As always, please feel free to call or email with any questions. Talk to you soon.

Charlie

**CHARLES C. BAILEY**
**Cook & Connelly** | 750 Piedmont Ave. NE | Atlanta, GA 30308 | 9899 Commerce Street | Summerville, GA 30747
**Contact** | Office 678.539.0680
***www.cookconnelly.com***

CONFIDENTIALITY NOTICE: This email, and any attachment, contains privileged information from the law firm of Cook & Connelly, LLC that is intended solely for the use of the named recipient(s). If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete the e-mail, any attachments, and all copies. Thank you for your cooperation.

**From:** Bethany Kerr <bethany.kerr@walmart.com>
**Sent:** Friday, July 7, 2023 2:56 PM
**To:** Charlie Bailey <charlie.bailey@cookconnelly.com>
**Cc:** Tara Williams <tara.williams@cookconnelly.com>
**Subject:** FW: Angela Swann; 9959055 demand

Hello